Malcolm A. Heinicke (SBN 194174)
Malcolm.Heinicke@mto.com
Kathleen M. McDowell (SBN 115976)
Kathleen.McDowell@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, CA 94105-2907
Telephone:  (415) 512-4000
Facsimile:  (415) 512-4077

ATTORNEYS FOR DEFENDANTS
Wachovia Financial Services, Inc.; Wachovia Mortgage Corporation; Wachovia Shared Resources, LLC (erroneously sued as Wachovia Services, Inc.); World Mortgage Company; Wachovia Commercial Mortgage, Inc.; World Savings, Inc.; Wachovia Equity Servicing, LLC; Wachovia Bank, N.A.; and Wachovia Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Ronald Chin, individually, and on behalf of all other similarly situated, and as an aggrieved employee pursuant to the Private Attorneys General Act,<br><br>Plaintiff,<br><br>vs.<br><br>Wachovia Financial Services, Inc.; Wachovia Mortgage Corporation; Wachovia Services, Inc.; World Mortgage Company; Wachovia Commercial Mortgage, Inc.; World Savings, Inc.; Wachovia Equity Servicing, LLC; Wachovia Bank, N.A.; Wachovia Corporation; and Does 1 through 10, inclusive,<br><br>Defendants. | CASE NO. C08-01320<br><br>CERTIFICATION OF INTERESTED ENTITIES (Submitted Pursuant To Local Rule 3-16) |

4581000.1

DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES

Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

<u>Named Defendants</u>:

Wachovia Financial Services, Inc.

Wachovia Mortgage Corporation

Wachovia Services, Inc.*

World Mortgage Company

Wachovia Commercial Mortgage, Inc.

World Savings, Inc.

Wachovia Equity Servicing, Llc

Wachovia Bank, N.A.

Wachovia Corporation (publicly traded under stock symbol "WB")

<u>Additional Interested Entities</u>:

*Wachovia Shared Resources, LLC (successor-in-interest to named defendant Wachovia Services, Inc.)

As set out in L.R. 3-16, these representations are made to enable the Court to evaluate possible disqualification or recusal.

| | | |
|---|---|---|
| 1 | DATED: March 6, 2008 | MUNGER, TOLLES & OLSON LLP<br>Malcolm A. Heinicke<br>Kathleen M. McDowell |

By: /s/ Malcolm A. Heinicke
Malcolm A. Heinicke

ATTORNEYS FOR DEFENDANTS
Wachovia Financial Services, Inc.; Wachovia Mortgage Corporation; Wachovia Shared Resources, LLC (erroneously sued as Wachovia Services, Inc.); World Mortgage Company; Wachovia Commercial Mortgage, Inc.; World Savings, Inc.; Wachovia Equity Servicing, LLC; Wachovia Bank, N.A.; and Wachovia Corporation