E-filing

1  MALCOLM A. HEINICKE (SBN 194174)
   Malcolm.Heinicke@mto.com
2  KATHLEEN M. McDOWELL (SBN 115976)
   Kathleen.McDowell@mto.com
3  MUNGER, TOLLES & OLSON LLP
4  560 Mission Street
   Twenty-Seventh Floor
5  San Francisco, CA  94105-2907
   Telephone:    (415) 512-4000
6  Facsimile:    (415) 512-4077

7  ATTORNEYS FOR DEFENDANTS
8  Wachovia Financial Services, Inc.; Wachovia Mortgage
   Corporation; Wachovia Shared Resources, LLC
9  (erroneously sued as Wachovia Services, Inc.); World
   Mortgage Company; Wachovia Commercial Mortgage, Inc.;
10 World Savings, Inc.; Wachovia Equity Servicing, LLC;
11 Wachovia Bank, N.A.; and Wachovia Corporation

ORIGINAL
FILED
MAR - 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND, CALIFORNIA

ADR

12
13            UNITED STATES DISTRICT COURT
14           NORTHERN DISTRICT OF CALIFORNIA
15             SAN FRANCISCO DIVISION

C08-01320 EMC

16 Ronald Chin, individually, and on behalf of    CASE NO. _____
17 all other similarly situated, and as an
   aggrieved employee pursuant to the Private
18 Attorneys General Act,
19               Plaintiff,                        **CERTIFICATE OF SERVICE BY U.S.**
                                                   **MAIL**
20       vs.
21 Wachovia Financial Services, Inc.;
22 Wachovia Mortgage Corporation;
   Wachovia Services, Inc.; World Mortgage
23 Company; Wachovia Commercial
   Mortgage, Inc.; World Savings, Inc.;
24 Wachovia Equity Servicing, LLC;
   Wachovia Bank, N.A.; Wachovia
25 Corporation; and Does 1 through 10,
   inclusive,
26
27               Defendants.
28

4592264.1                                         CERTIFICATE OF SERVICE BY U.S. MAIL

**CERTIFICATE OF SERVICE BY U.S. MAIL**

I, Marsha Poulin, declare:

I am over the age of 18 and not a party to the within cause. I am employed by Munger, Tolles & Olson LLP in the County of San Francisco, State of California. My business address is 560 Mission Street, 27th Floor, San Francisco, California 94105-2907.

On March 7, 2008, I served true copies of the documents entitled:

1. CIVIL COVER SHEET;

2. NOTICE OF REMOVAL (pursuant to 28 U.S.C. §§ 1332(d), 1441 &1453);

3. CERTIFICATION OF INTERESTED ENTITIES

by placing them in an addressed sealed envelope(s) clearly labeled to identify the person(s) being served at the address(es) shown below and placed said envelope(s) in interoffice mail for collection and deposit with the United States Postal Service at 560 Mission Street, Twenty-Seventh Floor, San Francisco, California, on that same date, following ordinary business practices:

> Mark Yablonovich, Esq.
> Marc Primo, Esq.
> Monica Balderrama, Esq.
> INITIATIVE LEGAL GROUP LLP
> 1800 Century park East, Second Floor
> Los Angeles, CA 90067

I am familiar with Munger, Tolles & Olson LLP's practice for collection and processing correspondence for mailing with the United States Postal Service; in the ordinary course of business, correspondence placed in interoffice mail is deposited with the United States Postal Service with first class postage thereon fully prepaid on the same day it is placed for collection and mailing.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

///

CERTIFICATE OF SERVICE BY U.S. MAIL

1     I declare under penalty of perjury that the foregoing is true and correct.  Executed

2  on March 7, 2008, at San Francisco, California.

3

4     _____

5     Marsha Poulin

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28