MALCOLM A. HEINICKE (SBN 194174)
Malcolm.Heinicke@mto.com
KATHLEEN M. McDOWELL (SBN 115976)
Kathleen.McDowell@mto.com
J. RAZA LAWRENCE (SBN 233771)
Raza.Lawrence@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, CA 94105-2907
Telephone:   (415) 512-4000
Facsimile:   (415) 512-4077

ATTORNEYS FOR DEFENDANTS
Wachovia Financial Services, Inc.; Wachovia Mortgage
Corporation; Wachovia Shared Resources, LLC
(erroneously sued as Wachovia Services, Inc.); World
Mortgage Company; Wachovia Commercial Mortgage, Inc.;
World Savings, Inc.; Wachovia Equity Servicing, LLC;
Wachovia Bank, N.A.; and Wachovia Corporation

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| Ronald Chin, individually, and on behalf of all other similarly situated, and as an aggrieved employee pursuant to the Private Attorneys General Act,<br><br>Plaintiff,<br><br>vs.<br><br>Wachovia Financial Services, Inc.; Wachovia Mortgage Corporation; Wachovia Services, Inc.; World Mortgage Company; Wachovia Commercial Mortgage, Inc.; World Savings, Inc.; Wachovia Equity Servicing, LLC; Wachovia Bank, N.A.; Wachovia Corporation; and Does 1 through 10, inclusive,<br><br>Defendants. | CASE NO. C 08 01320 MMC ADR<br><br>**CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT** |

4612469.1

**CERTIFICATE OF SERVICE**

I, Marsha Poulin, declare:

I am over the age of 18 and not a party to the within cause. I am employed by Munger, Tolles & Olson LLP in the County of San Francisco, State of California. My business address is 560 Mission Street, 27th Floor, San Francisco, California 94105-2907.

On March 7, 2008, I served a true copy of the attached document entitled:

**NOTICE OF FILING OF NOTICE OF REMOVAL OF CIVIL ACTION**

by placing it in an addressed sealed envelope(s) clearly labeled to identify the person(s) being served at the address(es) shown below and placed said envelope(s) in interoffice mail for collection and deposit with the United States Postal Service at 560 Mission Street, Twenty-Seventh Floor, San Francisco, California, on that same date, following ordinary business practices:

>    Mark Yablonovich, Esq.
>    Marc Primo, Esq.
>    Monica Balderrama, Esq.
>    INITIATIVE LEGAL GROUP LLP
>    1800 Century park East, Second Floor
>    Los Angeles, CA 90067

I am familiar with Munger, Tolles & Olson LLP's practice for collection and processing correspondence for mailing with the United States Postal Service; in the ordinary course of business, correspondence placed in interoffice mail is deposited with the United States Postal Service with first class postage thereon fully prepaid on the same day it is placed for collection and mailing.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 11, 2008, at San Francisco, California.

_____
Marsha Poulin

4612469.1

CERTIFICATE OF SERVICE OF NOTICE
TO ADVERSE PARTY OF REMOVAL
Case No. C 08-01320 MMC ADR

| | |
|---|---|
| 1 | MALCOLM A. HEINICKE (SBN. 194174) |
|   | KATHLEEN M. McDOWELL (SBN 115976) |
| 2 | J. RAZA LAWRENCE (SBN 233771) |
|   | MUNGER, TOLLES & OLSON LLP |
| 3 | 560 Mission Street |
|   | Twenty-Seventh Floor |
| 4 | San Francisco, CA 94105-2907 |
| 5 | Telephone:    (415) 512-4000 |
|   | Facsimile:    (415) 512-4077 |

**ENDORSED FILED**
ALAMEDA COUNTY

MAR 0 7 2008

CLERK OF THE SUPERIOR COURT
By KMEE DHILLON Deputy

ATTORNEYS FOR DEFENDANTS
Wachovia Financial Services, Inc.; Wachovia Mortgage Corporation; Wachovia Shared Resources, LLC (erroneously sued as Wachovia Services, Inc.); World Mortgage Company; Wachovia Commercial Mortgage, Inc.; World Savings, Inc.; Wachovia Equity Servicing, LLC; Wachovia Bank, N.A.; and Wachovia Corporation

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA

RONALD CHIN, individually, and on behalf of all other similarly situated, and as an aggrieved employee pursuant to the Private Attorneys General Act,

Plaintiff,

vs.

WACHOVIA FINANCIAL SERVICES, INC., a North Carolina corporation; WACHOVIA MORTGAGE CORPORATION, a North Carolina Corporation, WACHOVIA SERVICES, INC., a North Carolina corporation; WORLD MORTGAGE COMPANY, a Colorado corporation; WACHOVIA COMMERCIAL MORTGAGE, INC., a New Jersey Corporation; WORLD SAVINGS, INC., a California Corporation; WACHOVIA EQUITY SERVICING, LLC, a New Jersey limited liability corporation; WACHOVIA BANK, N.A. a business entity form unknown; WACHOVIA CORPORATION, a business entity form unknown; and DOES 1 through 10, inclusive,

Defendants.

CASE NO. RG08368375

NOTICE OF FILING OF NOTICE OF REMOVAL OF CIVIL ACTION

Complaint filed:    January 29, 2008

4580171.1                                1

TO PLAINTIFF RONALD CHIN AND HIS COUNSEL OF RECORD:

Notice is hereby given that on March 7, 2008, a Notice of Removal of Civil Action, a copy of which is attached hereto as Exhibit A, was filed in United States District Court for the Northern District of California. In order to avoid unnecessary duplication, the exhibits to the notice filed in the District Court are not attached hereto because they are already part of the record in this case.

Dated: March 7, 2008

MUNGER, TOLLES & OLSON LLP
Malcolm A. Heinicke
Kathleen M. McDowell
J. Raza Lawrence

By _____
Malcolm A. Heinicke

ATTORNEYS FOR DEFENDANTS
Wachovia Financial Services, Inc.; Wachovia Mortgage Corporation; Wachovia Shared Resources, LLC (erroneously sued as Wachovia Services, Inc.); World Mortgage Company; Wachovia Commercial Mortgage, Inc.; World Savings, Inc.; Wachovia Equity Servicing, LLC; Wachovia Bank, N.A.; and Wachovia Corporation