1  MALCOLM A. HEINICKE (SBN 194174)
   Malcolm.Heinicke@mto.com
2  KATHLEEN M. McDOWELL (SBN 115976)
   Kathleen.McDowell@mto.com
3  J. RAZA LAWRENCE (SBN 233771)
4  Raza.Lawrence@mto.com
   MUNGER, TOLLES & OLSON LLP
5  560 Mission Street
   Twenty-Seventh Floor
6  San Francisco, CA  94105-2907
7  Telephone:     (415) 512-4000
   Facsimile:     (415) 512-4077
8
   ATTORNEYS FOR DEFENDANTS
9  Wachovia Financial Services, Inc.; Wachovia Mortgage
   Corporation; Wachovia Shared Resources, LLC
10 (erroneously sued as Wachovia Services, Inc.); World
   Mortgage Company; Wachovia Commercial Mortgage, Inc.;
11 World Savings, Inc.; Wachovia Equity Servicing, LLC;
12 Wachovia Bank, N.A.; and Wachovia Corporation

13
                      UNITED STATES DISTRICT COURT
14
                    NORTHERN DISTRICT OF CALIFORNIA
15
                          SAN FRANCISCO DIVISION
16

17 | Ronald Chin, individually, and on behalf of all other similarly situated, and as an aggrieved employee pursuant to the Private Attorneys General Act, | CASE NO.  C 08 01320 MMC ADR |
|---|---|
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| vs. | |
| Wachovia Financial Services, Inc.; Wachovia Mortgage Corporation; Wachovia Services, Inc.; World Mortgage Company; Wachovia Commercial Mortgage, Inc.; World Savings, Inc.; Wachovia Equity Servicing, LLC; Wachovia Bank, N.A.; Wachovia Corporation; and Does 1 through 10, inclusive, | |
| Defendants. | |

4627519.1

CERTIFICATE OF SERVICE
Case No. C 08-01320 MMC ADR

**CERTIFICATE OF SERVICE**

I, Marsha Poulin, declare:

I am over the age of 18 and not a party to the within cause. I am employed by Munger, Tolles & Olson LLP in the County of San Francisco, State of California. My business address is 560 Mission Street, 27th Floor, San Francisco, California 94105-2907.

On March 11, 2008, I served a true copy of the documents entitled:

1. ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;
2. ADR DISPUTE RESOLUTION PROCEDURES;
3. ECF REGISTRATION INFORMATION HANDOUT;
4. NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION;
5. WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO;
6. STANDING ORDERS FOR CIVIL CASES ASSIGNED TO THE HONORABLE MAXINE M. CHESNEY; and
7. STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA

by placing them in an addressed sealed envelope(s) clearly labeled to identify the person(s) being served at the address(es) shown below and placed said envelope(s) in interoffice mail for collection and deposit with the United States Postal Service at 560 Mission Street, Twenty-Seventh Floor, San Francisco, California, on that same date, following ordinary business practices:

> Mark Yablonovich, Esq.
> Marc Primo, Esq.
> Monica Balderrama, Esq.
> INITIATIVE LEGAL GROUP LLP
> 1800 Century park East, Second Floor
> Los Angeles, CA 90067

4627519.1 - 1 - CERTIFICATE OF SERVICE
Case No. C 08-01320 MMC ADR

1    I am familiar with Munger, Tolles & Olson LLP's practice for collection and
2 processing correspondence for mailing with the United States Postal Service; in the ordinary
3 course of business, correspondence placed in interoffice mail is deposited with the United States
4 Postal Service with first class postage thereon fully prepaid on the same day it is placed for
5 collection and mailing.
6    I declare that I am employed in the office of a member of the bar of this court at
7 whose direction the service was made.
8    I declare under penalty of perjury that the foregoing is true and correct.  Executed
9 on March 11, 2008, at San Francisco, California.

                                            /s/ *Marsha Poulin*
                                            Marsha Poulin