MALCOLM A. HEINICKE (SBN 194174)
Malcolm.Heinicke@mto.com
KATHLEEN M. McDOWELL (SBN 115976)
Kathleen.McDowell@mto.com
J. RAZA LAWRENCE (SBN 233771)
Raza.Lawrence@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, CA 94105-2907
Telephone:    (415) 512-4000
Facsimile:    (415) 512-4077

ATTORNEYS FOR DEFENDANTS
WACHOVIA FINANCIAL SERVICES, INC.; WACHOVIA
MORTGAGE CORPORATION; WACHOVIA SHARED
RESOURCES, LLC (erroneously sued as Wachovia Services,
Inc.); WORLD MORTGAGE COMPANY; WACHOVIA
COMMERCIAL MORTGAGE, INC.; WORLD SAVINGS,
INC.; WACHOVIA EQUITY SERVICING, LLC; WACHOVIA
BANK, N.A.; AND WACHOVIA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD CHIN, individually, and on behalf of all other similarly situated, and as an aggrieved employee pursuant to the Private Attorneys General Act,<br><br>Plaintiff,<br><br>vs.<br><br>WACHOVIA FINANCIAL SERVICES, INC.; WACHOVIA MORTGAGE CORPORATION; WACHOVIA SERVICES, INC.; WORLD MORTGAGE COMPANY; WACHOVIA COMMERCIAL MORTGAGE, INC.; WORLD SAVINGS, INC.; WACHOVIA EQUITY SERVICING, LLC; WACHOVIA BANK, N.A.; WACHOVIA CORPORATION; and Does 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 3:08-cv-01320-MMC<br><br>**STIPULATION EXTENDING DEADLINES TO RESPOND TO THE COMPLAINT**<br><br><br>Judge:  Hon. Maxine M. Chesney |

WHEREAS, Plaintiff Ronald Chin brings this action alleging employment claims, and specifically alleging, *inter alia*, that Wachovia Financial Services, Inc., Wachovia Mortgage Corporation, Wachovia Services, Inc., World Mortgage Company, Wachovia Commercial Mortgage, Inc., World Savings, Inc., Wachovia Equity Servicing, LLC, Wachovia Bank, N.A., and Wachovia Corporation did not pay him and other current and former California hourly employees wages owed for overtime compensation and wages due upon discharge or resignation, did not provide them with meal and rest periods as required by law, and did not comply with wage reporting requirements;

WHEREAS, Plaintiff Chin and his counsel have served this complaint on Wachovia Financial Services, Inc., Wachovia Mortgage Corporation, Wachovia Shared Resources, LLC (erroneously sued as its predecessor-in-interest Wachovia Services, Inc.), World Mortgage Company, Wachovia Commercial Mortgage, Inc., World Savings, Inc., and Wachovia Equity Servicing, LLC, and each of these entities' responses is currently due on or about March 14, 2008;

WHEREAS, counsel for Defendants has agreed to accept service on behalf of Defendants Wachovia Bank, N.A. and Wachovia Corporation and Plaintiff is in the process of effectuating this service;

WHEREAS, counsel have conferred and Plaintiff Chin and his counsel have agreed to extend Defendants' response deadlines in this matter, and the extensions agreed upon will not alter any date already set by the Court:

IT IS HEREBY STIPULATED pursuant to Civil Local Rule 6-1(a) that the deadlines for Defendants Wachovia Financial Services, Inc., Wachovia Mortgage Corporation, Wachovia Shared Resources, LLC, World Mortgage Company, Wachovia Commercial Mortgage, Inc., World Savings, Inc., Wachovia Equity Servicing, LLC, Wachovia Bank, N.A. and Wachovia Corporation to respond to the complaint are extended as follows:

1. The deadline for filing an answer to the complaint shall be April 1, 2008;
2. The deadline for filing any pre-answer motion or pleading other than an answer shall be March 17, 2008.

STIPULATION EXTENDING DEADLINES FOR
DEFENDANT TO RESPOND TO THE COMPLAINT

1. The deadline for filing an answer to the complaint shall be April 1, 2008;

2. The deadline for filing any pre-answer motion or pleading other than an answer shall be March 17, 2008.

DATED: March 13, 2008

INITIATIVE LEGAL GROUP LLP
  MARK YABLONOVICH
  MARC PRIMO
  REBECCA LABAT

By: /s/ Rebecca M. Labat

Attorneys for Plaintiff
RONALD CHIN

DATED: March ____, 2008

MUNGER, TOLLES & OLSON LLP
  MALCOLM A. HEINICKE
  KATHLEEN M. McDOWELL
  J. RAZA LAWRENCE

By: _____

Attorneys for Defendants
WACHOVIA FINANCIAL SERVICES, WACHOVIA MORTGAGE CORPORATION, WACHOVIA SERVICES, INC., WORLD MORTGAGE COMPANY, WACHOVIA COMMERCIAL MORTGAGE, INC., WORLD SAVINGS, INC., WACHOVIA EQUITY SERVICING, LLC, WACHOVIA BANK, N.A., and WACHOVIA CORPORATION

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: March _____, 2008 | INITIATIVE LEGAL GROUP LLP |
| | |    MARK YABLONOVICH |
| 3 | |    MARC PRIMO |
| | |    REBECCA LABAT |

DATED: March _____, 2008                INITIATIVE LEGAL GROUP LLP
                                           MARK YABLONOVICH
                                           MARC PRIMO
                                           REBECCA LABAT


By: _____


Attorneys for Plaintiff
RONALD CHIN


DATED: March 14, 2008                   MUNGER, TOLLES & OLSON LLP
                                           MALCOLM A. HEINICKE
                                           KATHLEEN M. McDOWELL
                                           J. RAZA LAWRENCE


By: /s/ Malcolm A. Heinicke


Attorneys for Defendants
WACHOVIA FINANCIAL SERVICES,
WACHOVIA MORTGAGE
CORPORATION, WACHOVIA SERVICES,
INC., WORLD MORTGAGE COMPANY,
WACHOVIA COMMERCIAL MORTGAGE,
INC., WORLD SAVINGS, INC.,
WACHOVIA EQUITY SERVICING, LLC,
WACHOVIA BANK, N.A., and WACHOVIA
CORPORATION

STIPULATION EXTENDING DEADLINES FOR
DEFENDANT TO RESPOND TO THE COMPLAINT