MALCOLM A. HEINICKE (SBN 194174)
Malcolm.Heinicke@mto.com
KATHLEEN M. McDOWELL (SBN 115976)
Kathleen.McDowell@mto.com
MUNGER, TOLLES & OLSON LLP
355 S. Grand Avenue, 35th Floor
Los Angeles, CA 90071
Telephone:    (213) 683-9100
Facsimile:    (213) 687-3702

ATTORNEYS FOR DEFENDANTS
Wachovia Financial Services, Inc.; Wachovia Mortgage Corporation; Wachovia Shared Resources, LLC (erroneously sued as Wachovia Services, Inc.); World Mortgage Company; Wachovia Commercial Mortgage, Inc.; World Savings, Inc.; Wachovia Equity Servicing, LLC; Wachovia Bank, N.A.; and Wachovia Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Ronald Chin, individually, and on behalf of all other similarly situated, and as an aggrieved employee pursuant to the Private Attorneys General Act,<br><br>Plaintiff,<br><br>vs.<br><br>Wachovia Financial Services, Inc.; Wachovia Mortgage Corporation; Wachovia Services, Inc.; World Mortgage Company; Wachovia Commercial Mortgage, Inc.; World Savings, Inc.; Wachovia Equity Servicing, LLC; Wachovia Bank, N.A.; Wachovia Corporation; and Does 1 through 10, inclusive,<br><br>Defendants. | CASE NO. C 08-01320 MMC<br><br>**CERTIFICATE OF SERVICE BY U.S. MAIL** |

4703795.1                                                                                        CERTIFICATE OF SERVICE BY U.S. MAIL

**CERTIFICATE OF SERVICE BY U.S. MAIL**

I, Denise Olguin, declare:

I am over the age of 18 and not a party to the within cause. I am employed by Munger, Tolles & Olson LLP in the County of Los Angeles, State of California. My business address is 355 S. Grand Avenue, 35th Floor, Los Angeles, California 90071.

On March 21, 2008, I served a true copy of the document entitled:

ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE

AND ADR DEADLINES

by placing it in an addressed sealed envelope(s) clearly labeled to identify the person(s) being served at the address(es) shown below and placed said envelope(s) in interoffice mail for collection and deposit with the United States Postal Service at 355 S. Grand Avenue, 35th Floor, Los Angeles, California, on that same date, following ordinary business practices:

> Mark Yablonovich, Esq.
> Marc Primo, Esq.
> Monica Balderrama, Esq.
> INITIATIVE LEGAL GROUP LLP
> 1800 Century park East, Second Floor
> Los Angeles, CA 90067

I am familiar with Munger, Tolles & Olson LLP's practice for collection and processing correspondence for mailing with the United States Postal Service; in the ordinary course of business, correspondence placed in interoffice mail is deposited with the United States Postal Service with first class postage thereon fully prepaid on the same day it is placed for collection and mailing.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 21, 2008, at Los Angeles, California.

*Denise Olguin* (signature)

Denise Olguin