Mark Yablonovich (SBN 186670)
Email: MYablonovich@initiativelegal.com
Marc Primo (SBN 216796)
Email: MPrimo@initiativelegal.com
Mónica Balderrama (SBN 196424)
Email: MBalderrama@initiativelegal.com
Rebecca Labat (SBN 221241)
Email: RLabat@initiativelegal.com
Initiative Legal Group LLP
1800 Century Park East, 2nd Floor
Los Angeles, California 90067
Telephone: (310) 556-5637
Facsimile: (310) 861-9051
Attorneys for Plaintiff RONALD CHIN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD CHIN, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WACHOVIA FINANCIAL SERVICES, INC., a North Carolina corporation; WACHOVIA MORTGAGE CORPORATION, a North Carolina corporation, WACHOVIA SERVICES, INC., a North Carolina corporation; WORLD MORTGAGE COMPANY, a Colorado corporation; WACHOVIA COMMERCIAL MORTGAGE, INC., a New Jersey Corporation; WORLD | Case No.: CV-08-01320 CW<br><br>Hon. Claudia Wilken<br><br>**PROOF OF SERVICE** |

PROOF OF SERVICE

| | |
|---|---|
| 1 | SAVINGS, INC., a California corporation; WACHOVIA EQUITY SERVICING, LLC, a New Jersey limited liability corporation; WACHOVIA BANK, N.A. a business entity form unknown; WACHOVIA CORPORATION, a business entity form unknown; and DOES 1 through 10, inclusive, |
| | Defendants. |

## PROOF OF SERVICE

UNITED STATES DISTRICT COURT     )
                                 )  ss
NORTHERN DISTRICT OF CALIFORNIA  )

     I am employed in the County of Los Angeles. I declare that I am over the age of eighteen (18) and not a party to this action. My business address is: Initiative Legal Group LLP, 1800 Century Park East, Second Floor, Los Angeles, California 90067.

     On March 27, 2008, I served the within document(s) described below as:

**SUMMONS AND COMPLAINT**
**(WACHOVIA BANK, N.A.; WACHOVIA CORPORATION)**

On the interested parties in this action by placing true copies thereon enclosed in sealed envelopes address as follows:

J. Raza Lawrence
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560

(X)    **MAIL**: I deposited such envelope in the mail at Los Angeles, California. The envelopes were mailed with postage thereon fully prepaid.

PROOF OF SERVICE
- 1 -

1  ( )   **FACSIMILE:** I caused the above-referenced document(s) to be transmitted to the above-named person at the telephone numbers above.

2  **(X)**   **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

3

4     **EXECUTED** this document on March 27, 2008, at Los Angeles, California.

_____
Karen Acio

PROOF OF SERVICE
-2-