# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Chin,<br><br>            Plaintiff(s),<br><br>    v.<br><br>Wachovia Financial Services, Inc,<br><br>            Defendant(s). | 08-01320 CW<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

**Notice Re: Noncompliance With Court Order**
08-01320 CW                                                       -1-

450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment to an e-mail directed to adr@cand.uscourts.gov.

It is the responsibility of counsel to schedule an ADR Phone Conference, if required, to occur before the Case Management Conference.

Dated: May 28, 2008

RICHARD W. WIEKING
Clerk
by:    Timothy J. Smagacz

*Timothy Smagacz*

_____
ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov

**Notice Re: Noncompliance With Court Order**
08-01320 CW                                    -2-

PROOF OF SERVICE

Case Name:      Chin v. Wachovia Financial Services, Inc

Case Number:    08-01320 CW

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On May 28, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Marc Primo
> Initiative Legal Group LLP
> 1800 Century Park East, Second Floor
> Los Angeles, CA 90067
> mprimo@initiativelegal.com
>
> Mark Yablonovich
> Initiative Legal Group LLP
> 1800 Century Park East, Second Floor
> Los Angeles, CA 90067
>
> Monica Balderrama
> Initiative Legal Group, LLP
> 1800 Century Park East, Second Floor
> Los Angeles, CA 90067
> mbalderrama@initiativelegal.com
>
> Linh Tu Hua
> Initiative Legal Group LLP
> 1800 Century Park East
> Second Floor

Los Angeles, CA 90067
LHua@InitiativeLegal.com

Kathleen Marie McDowell
Munger, Tolles & Olson LLP
355 S. Grand Avenue
Suite 3500
Los Angeles, CA 90071
kathleen.mcdowell@mto.com

James Raza Lawrence
Munger, Tolles & Olson LLP
355 S. Grand Avenue
35th Fl.
Los Angeles, CA 90071-1560
Raza.Lawrence@mto.com

Malcolm A. Heinicke
Munger Tolles & Olson LLP
560 Mission Street
27th Floor
San Francisco, CA 94105-2907
heinickema@mto.com


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on May 28, 2008 in San Francisco, California.

                RICHARD W. WIEKING
                Clerk
                by:    Timothy J. Smagacz

                *[signature: Timothy Smagacz]*
                _____
                ADR Administrative Assistant
                415-522-4205
                Tim_Smagacz@cand.uscourts.gov