UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Ronald Chin

          Plaintiff(s),

Case No. 4:08-cv-01320-CW

ADR CERTIFICATION BY PARTIES
AND COUNSEL

v.

Wachovia Financial Services, Inc., et al.

          Defendant(s).

_____/

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

      **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

      **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 6/3/08

[Party]
ERIC M. STEINERT, on behalf of all named defendants

Dated: 6/3/08

[Counsel]
MALCOLM A. HEINICKE

Rev. 12/05

American LegalNet, Inc.
www.USCourtForms.com