1    MALCOLM A. HEINICKE (SBN 194174)
     Malcolm.Heinicke@mto.com
2    KATHLEEN M. McDOWELL (SBN 115976)
     Kathleen.McDowell@mto.com
3    J. RAZA LAWRENCE (SBN 233771)
     Raza.Lawrence@mto.com
4    MUNGER, TOLLES & OLSON LLP
     560 Mission Street
5    Twenty-Seventh Floor
     San Francisco, CA 94105-2907
6    Telephone: (415) 512-4000
     Facsimile: (415) 512-4077
7

8    Attorneys for Defendants
     WACHOVIA FINANCIAL SERVICES, WACHOVIA
9    MORTGAGE CORPORATION, WACHOVIA
     SHARED RESOURCES, LLC (erroneously sued as
10   Wachovia Services, Inc.), WORLD MORTGAGE
     COMPANY, WACHOVIA COMMERCIAL
11   MORTGAGE, INC., WORLD SAVINGS, INC.,
     WACHOVIA EQUITY SERVICING, LLC,
12   WACHOVIA BANK, N.A., and WACHOVIA
     CORPORATION

13   *Counsel for Plaintiff Listed on Next Page*

14           UNITED STATES DISTRICT COURT

15         NORTHERN DISTRICT OF CALIFORNIA

16

17   RONALD CHIN, individually, and on     CASE NOS. 4:08-cv-00684-CW and
     behalf of other members of the general    3:08-cv-01320-CW
18   public similarly situated,

19          Plaintiff,         **[PROPOSED] ORDER RE: CASE MANAGEMENT CONFERENCE**
20        vs.

21   WACHOVIA FINANCIAL SERVICES,    Conference: June 17, 2008 (2:00
     INC.; WACHOVIA MORTGAGE       p.m.)
22   CORPORATION; WACHOVIA
     SERVICES, INC.; WORLD        **The Honorable Claudia Wilken**
23   MORTGAGE COMPANY; WACHOVIA
     COMMERCIAL MORTGAGE, INC.;
24   WORLD SAVINGS, INC.; WACHOVIA
     EQUITY SERVICING, LLC;
25   WACHOVIA BANK, N.A.;
     WACHOVIA CORPORATION; and
26   DOES 1 through 10, inclusive,

27         Defendants.

28

5266548.1

1
MARK YABLONOVICH (SBN 186670)
MYablonovich@InitiativeLegal.com

2
MARC PRIMO (SBN 216796)
MPrimo@InitiativeLegal.com

3
MONICA BALDERRAMA (SBN 196424)
MBalderrama@InitiativeLegal.com

4
REBECCA LABAT (SBN 221241)
RLabat@InitiativeLegal.com

5
INITIATIVE LEGAL GROUP LLP
1800 Century Park East, 2nd Floor

6
Los Angeles, California 90067
Telephone: (310) 556-5637

7
Facsimile: (310) 861-9051

8

Attorneys for Plaintiff RONALD CHIN

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5266548.1

- 2 -

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# [PROPOSED] ORDER

The parties shall file any amended pleadings and join any other parties no later than September 1, 2008.  Any motions relating to class certification shall be filed no later than _____.  The Court will set a further Case Management Conference, if necessary, following the resolution of any motions relating to class certification.

IT IS SO ORDERED.


DATED:


By:_____
            The Hon. Claudia Wilken
            United States District Judge

[PROPOSED] ORDER RE:  CASE MANAGEMENT CONFERENCE
4:08-CV-00684 AND 3:08-CV-01320-CW