1    MALCOLM A. HEINICKE (SBN 194174)
     Malcolm.Heinicke@mto.com
2    MUNGER, TOLLES & OLSON LLP
     560 Mission Street
3    Twenty-Seventh Floor
     San Francisco, CA  94105-2907
4    Telephone:     (415) 512-4000
     Facsimile:     (415) 512-4077
5
6    Attorneys for Defendants

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| RONALD CHIN, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WACHOVIA FINANCIAL SERVICES, INC., a North Carolina corporation; WACHOVIA MORTGAGE CORPORATION, a North Carolina Corporation, WACHOVIA SERVICES, INC., a North Carolina corporation; WORLD MORTGAGE COMPANY, a Colorado corporation; WACHOVIA COMMERCIAL MORTGAGE, INC., a New Jersey Corporation; WORLD SAVINGS, INC., a California Corporation; WACHOVIA EQUITY SERVICING, LLC, a New Jersey limited liability corporation; WACHOVIA BANK, N.A. a business entity form unknown; WACHOVIA CORPORATION, a business entity form unknown; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.  4:08-cv-00684-CW<br><br>**STIPULATION AND ORDER VACATING CASE MANAGEMENT**<br><br>Date:  May 4, 2010<br><br>Judge:  Honorable Claudia Wilken<br><br>**Related Case**:  *Chin v. Wachovia Financial Services, Inc., et al.*, Case No. 4:08-cv-01320-CW |

1          WHEREAS, Plaintiff Ronald Chin brings this putative collective and class action

2   alleging wage and hour violations;

3          WHEREAS, the parties have attended mediation and entered a class/collective

4   action settlement agreement, which if approved by this Court, will resolve this and the related

5   case referenced above;

6          WHEREAS, the Court has scheduled a Case Management Conference for May 4,

7   2010 at 2:00 p.m.;

8          WHEREAS, counsel for the parties have now submitted their settlement

9   agreement to the Court and filed a motion for preliminary approval of the settlement, to be heard

10   on June 10, 2010;

11          WHEREAS, counsel have conferred and jointly and respectfully submit that now

12   that the settlement agreement and motion for preliminary approval have been filed, there is no

13   need for the Case Management Conference;

14          Based on the foregoing, IT IS HEREBY STIPULATED, by and between the

15   parties to this action through their undersigned counsel of record, that the Case Management

16   Conference scheduled for May 4, 2010 should be vacated.

17

18

19

20

21

22

23

24

25

26

27

28

10611281.1

- 2 -

**STIPULATION RE: CMC;**
**CASE NO. 4:08-CV-00684-CW**

1    DATED: May 4, 2010                    INITIATIVE LEGAL GROUP APC

2

3                                          By:/s/ Mónica Balderrama
                                              _____
4

5                                          Attorneys for Plaintiff
                                           RONALD CHIN
6
     DATED: May 4, 2010                    MUNGER, TOLLES & OLSON LLP
7

8

9                                          By:/s/ Malcolm A. Heinicke
                                              _____

10                                         Attorneys for Defendants

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

10611281.1                         - 3 -                    **STIPULATION RE: CMC;**
                                                            **CASE NO. 4:08-CV-00684-CW**

1      PURSUANT TO STIPULATION, IT IS SO ORDERED and the Case Management

2  Conference scheduled for May 4, 2010 is vacated.

3

4      DATED:  5/4/2010

5

6

7      The Honorable Claudia Wilken

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

10611281.1      - 4 -      **STIPULATION RE: CMC;**
**CASE NO. 4:08-CV-00684-CW**