MALCOLM A. HEINICKE (SBN 194174)
Malcolm.Heinicke@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, CA  94105-2907
Telephone:     (415) 512-4000
Facsimile:      (415) 512-4077

Attorneys for Defendants
WACHOVIA FINANCIAL SERVICES, WACHOVIA MORTGAGE CORPORATION, WACHOVIA SHARED RESOURCES, LLC (erroneously sued as Wachovia Services, Inc.), WORLD MORTGAGE COMPANY, WACHOVIA COMMERCIAL MORTGAGE, INC., WORLD SAVINGS, INC., WACHOVIA EQUITY SERVICING, LLC, WACHOVIA BANK, N.A., WACHOVIA CORPORATION, and WACHOVIA MORTGAGE, FSB

PLAINTIFF'S COUNSEL LISTED ON NEXT PAGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD CHIN, individually, and on behalf of other members of the general public similarly situated,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>WACHOVIA FINANCIAL SERVICES, INC.; WACHOVIA MORTGAGE CORPORATION; WACHOVIA SERVICES, INC.; WORLD MORTGAGE COMPANY; WACHOVIA COMMERCIAL MORTGAGE, INC.; WORLD SAVINGS, INC.; WACHOVIA EQUITY SERVICING, LLC; WACHOVIA BANK, N.A.; WACHOVIA CORPORATION; WACHOVIA MORTGAGE, FSB; and DOES 1 through 10, inclusive,<br>　　　　　Defendants. | CASE NO.  4:08-cv-00684-CW<br><br>**STIPULATION AND ORDER RESCHEDULING HEARING ON JOINT MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**<br><br>**Related Case**: *Chin v. Wachovia Financial Services, Inc., et al.*, Case No. 4:08-cv-01320-CW |

10885012.1

1  MARC PRIMO (SBN 216796)
   MPrimo@InitiativeLegal.com
2  MONICA BALDERRAMA (SBN 196424)
   MBalderrama@InitiativeLegal.com
3  INITIATIVE LEGAL GROUP APC
   1800 Century Park East, 2nd Floor
4  Los Angeles, California 90067
   Telephone:    (310) 556-5637
5  Facsimile:    (310) 861-9051

6  Attorneys for Plaintiff RONALD CHIN and proposed
   Settlement Class

10885012.1

STIPULATION RE: RESCHEDULING JUNE 10 HEARING. 4:08-cv-00684-CW

The parties jointly move and stipulate as follows:

WHEREAS, Plaintiff Ronald Chin brings this putative collective and class action alleging wage and hour violations;

WHEREAS, counsel for the parties have submitted a settlement agreement to the Court and filed a motion for preliminary approval of the settlement;

WHEREAS, the motion for preliminary approval of the settlement is scheduled to be heard on June 10, 2010 at 2:00 p.m.;

WHEREAS, lead counsel for Defendants will be in a trial outside of California during the week of June 7, 2010, including June 10, 2010;

WHEREAS, for the reasons stated above, there is good cause to move the hearing to after the week of June 7, 2010;

WHEREAS, counsel for Plaintiff and Defendants have conferred and, on behalf of their clients, have agreed to move the hearing on the motion for preliminary approval of the settlement to June 17, 2010;

IT IS HEREBY STIPULATED AND JOINTLY REQUESTED THAT, that the hearing on motion for preliminary approval of the settlement scheduled for June 10, 2010 at 2:00 p.m. be rescheduled for June 17, 2010 at 2:00 p.m.

I, Malcolm A. Heinicke, attest that concurrence in the filing of the document has been obtained from the other signatory, Monica Balderrama.

Dated: June 7, 2010                                INITIATIVE LEGAL GROUP APC

                                                   By:  ___/s/ *Monica Balderrama*_____
                                                             Monica Balderrama

                                                   Attorneys for Plaintiff Ronald Chin

Dated: June 7, 2010                                MUNGER, TOLLES & OLSON LLP

                                                   By:  ___/s/ *Malcolm A. Heinicke*_____
                                                             Malcolm A. Heinicke

                                                   Attorneys for Defendants

10885012.1

1

2        PURSUANT TO STIPULATION, IT IS SO ORDERED and the hearing

3  scheduled for June 10, 2010 at 2:00 p.m. is rescheduled for June 17, 2010 at 2:00 p.m..

4

5
   Dated:   6/9/2010
6                                                    _____
                                                     THE HONORABLE Claudia Wilken
7                                                    United States District Court Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

10885012.1